# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)
) ss
**COUNTY OF SANTA** )
**CLARA** )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1400 Page Mill Road Palo Alto, California 94304. On March 10, 2008, I served the within document:

DEFENDANTS' NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §1441(a)

☐ I sent such document from facsimile machine on _____, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine, which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed to the parties listed below.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California, addressed as set forth below.
Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, North Carolina 28540

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008, at Palo Alto, California.

*/s/ Christian Floyd*
CHRISTIAN FLOYD

4277378v.1

1