# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
                         )
COUNTY OF SANTA CLARA    )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1400 Page Mill Road Palo Alto, California 94304. On March 13, 2008 I served the within document:

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

☒    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California, addressed as set forth below.

     Laurie Marie Laskey
     120 Briar Hollow Drive
     Jacksonville, NC 28540

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2008 at Palo Alto, California.

*/s/ Christian Floyd*
Christian Floyd

---

427256v.1
Defendant's Answer and
Affirmative Defenses
Case No. C-08-0133 (EMC)