1  **Robert P. Taylor (SBN: 46046)**
   rptaylor@mintz.com
2  **Allison K. Young (SBN: 225655)**
   ayoung@mintz.com
3  **MINTZ LEVIN COHN FERRIS GLOVSKY AND**
   **POPEO P.C.**
4  1400 Page Mill Road
   Palo Alto, California 94304
5  (650) 251-7700

6  **Attorneys for Defendant**
   **RCN CORPORATION**
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 LAURIE MARIE LASKEY,                )   Federal Case No.: 3:08-cv-01333 WHA
                                       )
11        Plaintiff,                   )
                                       )
12     v.                              )   **JOINT STIPULATION AND [PROPOSED]**
                                       )   **ORDER TO TAKE PLAINTIFF'S**
13 RCN CORPORATION, a Delaware         )   **DEPOSITION PRIOR TO FED. R. CIV. P.**
   corporation,                        )   **26(f) CONFERENCE**
14                                     )
          Defendant.                   )
15                                     )
                                       )
16 _____ )

17

18

19        This stipulation is entered into by and among plaintiff Laurie Marie Laskey and defendant

20 RCN Corporation.

21        WHEREAS, the Court has issued the Order Setting Initial Case Management Conference in

22 the above entitled matter, for June 12, 2008; and

23        WHEREAS, the deadline for the parties to conduct the initial conference required by Federal

24 Rule of Civil Procedure 26(f) is May 21, 2008; and

25        WHEREAS, Federal Rule of Civil Procedure 26(f) requires that the parties meet and confer

26 prior to either party seeking discovery, except by stipulation between the parties or court order;

27

28

---

1

JOINT STIPULATION TO TAKE DEPOSITION OF PLAINTIFF

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

1. The parties agree that defendant will notice plaintiff's deposition for May 14 and 15, 2008, the week prior to the deadline to conduct the Rule 26(f) conference.

2. Plaintiff will appear for the taking of plaintiff's deposition on May 14 and 15, 2008, pursuant to the notice of deposition to be served upon the plaintiff.

Dated: April 21, 2008                                    Respectfully submitted,

*[signature: Laurie Marie Laskey]*

Laurie Marie Laskey
*Pro se*
113 Del Webb Drive
Cloverdale, California 95425

Dated: April 16, 2008                                    *[signature: Robert P. Taylor]*

Robert P. Taylor
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
1400 Page Mill Road
Palo Alto, California 94304

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

This ___ day of April, 2008.
                                                         _____
                                                         The Honorable William Alsup
                                                         United States District Judge

JOINT STIPULATION TO TAKE DEPOSITION OF PLAINTIFF