1  Robert P. Taylor (SBN: 46046)
   rptaylor@mintz.com
2  Allison K. Young (SBN: 225655)
   ayoung@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, California 94304
5  (650) 251-7700

6  Attorneys for Defendant
   RCN CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | LAURIE MARIE LASKEY,            ) Federal Case No.: 3:08-cv-01333 WHA
                                     )
11 |        Plaintiff,                )
                                     )
12 |    v.                            ) **JOINT STIPULATION TO RESCHEDULE**
                                     ) **CASE MANAGEMENT CONFERENCE**
13 | RCN CORPORATION, a Delaware      ) **FOR JUNE 19, 2008**
     corporation,                    )
14                                    )
            Defendant.                )
15                                    )
                                     )
16                                    )

17

18

19        This stipulation is entered into by and among plaintiff Laurie Marie Laskey and defendant

20 RCN Corporation.

21        WHEREAS, the Court has issued the Order Setting Initial Case Management Conference in

22 the above entitled matter, for June 12, 2008; and

23        WHEREAS, plaintiff Laurie Marie Laskey must appear in the Superior Court of California,

24 County of Sonoma, on June 12, 2008 for proceedings related to other cases; and

25        WHEREAS, lead trial counsel for defendant, Robert P. Taylor, whose appearance at the Case

26 Management Conference is ordered by the Court, will be out of state for a different, unrelated matter

27 on June 12, 2008; and

28

---

1

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  WHEREAS, both plaintiff and defendant's lead trial counsel, Robert P. Taylor, are available to attend a Case Management Conference on June 19, 2008,

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned, as follows:

1. Neither party is available to attend the Case Management Conference on June 12, 2008, and both request that the Court reschedule the Case Management Conference for June 19, 2008.

2. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, issued March 7, 2008, the parties request that the Court reset all other deadlines accordingly, as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 5/28/2008 | Last day to: <br> • Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
|  | • File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 6/12/2008 | Last day to file Rule 26(f) Report, complete Initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement pursuant to FRCivP 26(a)(1) & Civil L.R. 16-9 | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 6/19/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC), in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 | |

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: April 21, 2008 | Respectfully submitted, |

*[signature]*

Laurie Marie Laskey
*Pro se*
113 Del Webb Drive
Cloverdale, California 95425

Dated: April 16, 2008

*[signature]*

Robert P. Taylor
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
1400 Page Mill Road
Palo Alto, California 94304

3

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE