1  Robert P. Taylor (SBN: 46046)
   rptaylor@mintz.com
2  Allison K. Young (SBN: 225655)
   ayoung@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, California 94304
5  (650) 251-7700

6  Attorneys for Defendant
   RCN CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 LAURIE MARIE LASKEY,                )   Federal Case No.: 3:08-cv-01333 WHA
                                       )
11         Plaintiff,                  )
                                       )
12     v.                              )   **[PROPOSED] ORDER RESCHEDULING
                                       )   CASE MANAGEMENT CONFERENCE
13 RCN CORPORATION, a Delaware         )   FOR JUNE 19, 2008 AND REVISING
   corporation,                        )   SCHEDULING ORDER**
14                                     )
           Defendant.                  )
15                                     )
                                       )
16                                     )

---

1

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Having considered the parties' stipulation regarding rescheduling the Case Management Conference and associated deadlines, the Court orders and resets the Case Management Schedule as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 5/28/2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 6/12/2008 | Last day to file Rule 26(f) Report, complete Initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement pursuant to FRCivP 26(a)(1) & Civil L.R. 16-9 | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 6/19/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC), in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 at _____ a.m. | |

**IT IS SO ORDERED.**

Dated: _____      _____
William H. Alsup
United States District Judge

4310088v.1