1  Robert P. Taylor (SBN: 46046)
   rptaylor@mintz.com
2  Allison K. Young (SBN: 225655)
   ayoung@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, California 94304
5  (650) 251-7700

6  Attorneys for Defendant
   RCN CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 LAURIE MARIE LASKEY,              )   Federal Case No.: 3:08-cv-01333 WHA
                                     )
11         Plaintiff,                )
                                     )
12    v.                             )   [PROPOSED] ORDER RESCHEDULING
                                     )   CASE MANAGEMENT CONFERENCE
13 RCN CORPORATION, a Delaware       )   FOR JUNE 19, 2008 AND REVISING
   corporation,                      )   SCHEDULING ORDER
14                                   )
           Defendant.                )
15                                   )
                                     )
16                                   )

---

1

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  Having considered the parties' stipulation regarding rescheduling the Case Management
2  Conference and associated deadlines, the Court orders and resets the Case Management Schedule as
3  follows:

| Date | Event | Governing Rule |
|---|---|---|
| 5/28/2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
|  | • File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 6/12/2008 | Last day to file Rule 26(f) Report, complete Initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement pursuant to FRCivP 26(a)(1) & Civil L.R. 16-9 | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 6/19/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC), in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 at _____ a.m. | |

**IT IS SO ORDERED.**

Dated: April 23, 2008.

_____
William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

4310088v.1