1  **Robert P. Taylor (SBN: 46046)**
   **rptaylor@mintz.com**
2  **Allison K. Young (SBN: 225655)**
   **ayoung@mintz.com**
3  **MINTZ LEVIN COHN FERRIS GLOVSKY AND**
   **POPEO P.C.**
4  **1400 Page Mill Road**
   **Palo Alto, California 94304**
5  **(650) 251-7700**

6  **Attorneys for Defendant**
   **RCN CORPORATION**
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | LAURIE MARIE LASKEY,              ) Federal Case No.: 3:08-cv-01333 WHA
                                       )
11 |        Plaintiff,                 )
                                       )
12 |   v.                              ) **JOINT STIPULATION AND [PROPOSED]**
                                       ) **ORDER TO TAKE PLAINTIFF'S**
13 | RCN CORPORATION, a Delaware       ) **DEPOSITION PRIOR TO FED. R. CIV. P.**
     corporation,                      ) **26(f) CONFERENCE**
14                                     )
           Defendant.                  )
15                                     )
                                       )
16 _____ )

17

18

19         This stipulation is entered into by and among plaintiff Laurie Marie Laskey and defendant

20 RCN Corporation.

21         WHEREAS, the Court has issued the Order Setting Initial Case Management Conference in

22 the above entitled matter, for June 12, 2008; and

23         WHEREAS, the deadline for the parties to conduct the initial conference required by Federal

24 Rule of Civil Procedure 26(f) is May 21, 2008; and

25         WHEREAS, Federal Rule of Civil Procedure 26(f) requires that the parties meet and confer

26 prior to either party seeking discovery, except by stipulation between the parties or court order;

27

28

---

1

JOINT STIPULATION TO TAKE DEPOSITION OF PLAINTIFF

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

1. The parties agree that defendant will notice plaintiff's deposition for May 14 and 15, 2008, the week prior to the deadline to conduct the Rule 26(f) conference.

2. Plaintiff will appear for the taking of plaintiff's deposition on May 14 and 15, 2008, pursuant to the notice of deposition to be served upon the plaintiff.

Dated: April 21, 2008

Respectfully submitted,

*Laurie Marie Laskey*

Laurie Marie Laskey
*Pro se*
113 Del Webb Drive
Cloverdale, California 95425

Dated: April 16, 2008

Robert P. Taylor
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
1400 Page Mill Road
Palo Alto, California 94304

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

This 24 day of April, 2008.

IT IS SO ORDERED
Judge William Alsup

The Honorable William Alsup
United States District Judge

2
JOINT STIPULATION TO TAKE DEPOSITION OF PLAINTIFF