WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                Plaintiff,<br><br>v.<br><br>RCN CORPORATION,<br><br>                Defendants. | Case No. 3:08-CV-01333-WHA<br><br>**[PROPOSED] ORDER RELATING CASES** |

1  Having considered the Administrative Motion To Consider Whether Cases Should
2  Be Related filed by Microsoft Corporation in the above captioned case and good cause
3  showing,

4  **IT IS HEREBY ORDERED** that *Laskey v. Microsoft Corporation*, 3:08-CV-01465-
5  VRW, is related to the earlier case of *Laskey v. RCN Corporation*, 3:08-CV-01333-WHA,
6  and is transferred to this court for all further proceedings.

8  **IT IS SO ORDERED.**

10  DATED: _____          _____
11                                                                   United States District Judge