1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY (SBN. 241203)
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
8  Email: Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RCN CORPORATION,<br><br>　　　　Defendant. | Case No. 3:08-CV-01333-WHA<br><br>**PROOF OF SERVICE** |

Heller Ehrman LLP

1

PROOF OF SERVICE
Case No. 3:08-CV-01333-WHA

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 3:08-CV-01333-WHA, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On April 29, 2008 I served the following document:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER RELATING CASES**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

Ms. Laurie Marie Laskey
113 Del Webb Drive
Cloverdale, CA 95425
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 29th day of April, 2008 at San Francisco, CA.

_____
Mark C. Williams

Heller Ehrman LLP

2

PROOF OF SERVICE
Case No. 3:08-CV-01333-WHA