UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Laurie Marie Laskey

           Plaintiff(s),

    v.

RCN Corporation

           Defendant(s).
_____/

Case No. 3:08-cv-01333-WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 28, 2008

RCN Corporation
[Party]

Dated: May 28, 2008

Robert P. Taylor
[Counsel]