UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Laurie Marie Laskey

CASE NO. 3:08-cv-01333-WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

RCN Corporation

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

       have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert P. Taylor | RCN Corporation | 650-251-7740 | rptaylor@mintz.com |
| Laurie Marie Laskey | pro per | 910-548-3345 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 28, 2008

pro per
Attorney for Plaintiff

Dated: Mat 28, 2008

Robert P. Taylor
Attorney for Defendant

Rev 12.05