Robert P. Taylor (SBN: 46046)
rptaylor@mintz.com
Allison K. Young (SBN: 225655)
ayoung@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
1400 Page Mill Road
Palo Alto, California 94304
(650) 251-7700

Attorneys for Defendant
RCN CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>Plaintiff,<br><br>v.<br><br>RCN CORPORATION, a Delaware corporation,<br><br>Defendant. | Federal Case No.: 3:08-cv-01333 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 9, 2008

Respectfully submitted,

/s/ Robert P. Taylor

Robert P. Taylor
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attorney of Record

4307749v.1

1