Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

FILED
08 JUN 12 PM 1:07

Laurie Marie Laskey, IN PRO PER

In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey | ) Case No.: C 08-01333 WHA |
| Plaintiff, | ) Rule 26 General Provisions<br>) Governing Discovery |
| vs. | ) Hon. William Aslup |
| RCN Corporation | ) |
| Defendant | ) |

Rule 26 General Provisions Governing Discovery

**Discovery from Defendant:**

1. Provide company name and mailing address for legal purposes.

2. Provide listing of all servers, the server IP number and the location of the server. Location to include building name, street number, street name, city, state and zip code.

3. Employee's (internet technicians and network administrators) name(s) at each location that are responsible for the maintenance of the server and or servers. The employees sign on name and or names. The employee(s) qualifications (Resumes). The number of

years the employee(s) have been employed and their current employment status.

4. The type of cell phone issued to the network administrator(s). Include the software, hardware and Axcess versions, in general the phones settings. Phone records for same. Including employee's personal phones.

5. The type of cell phone issued to the internet technicians(s). Include the software, hardware and Axcess versions, in general the phones settings. Phone records for same. Including employee's personal phone.

6. The type of cell phone issued to your employees. Include the software, hardware and Axcess versions, in general the phones settings. Phone records for same. Including employee's personal phone.

7. Your internal IP numbers at each computer location and the persons name that's responsible for maintaining them.

8. Domain name server (DNS) reports.

9. All of your maintenance records for your servers.

10. Contract agreements.

11. Sub-contract agreements.

12. The type and or types of systems Defendant is operating at each location.

13. Corporate records.

14. Information in regards to dnai.com

15. Records that reflect the purchase of other companies, including the documents that reflect how the IP numbers were changed from one owner to the next.

16. Records that reflect the purchase of other web sites, including the documents that reflect how the IP numbers were changed from on owner to the next.

17. Listing of the satellites used. Their identifying numbers including rid#, card# and their locations.

18. Disclose Security Breach. Senate Bill 1386, operative July 1, 2003.

19. Policy on identity theft.

20. Policy on security breaches.

21. Virtual Private Network records.

26. IP logs.

27. Archived MAC addresses.

28. Ports utilized.

29. Ad-hoc back ups.

30. Back up tapes.

32. Back up procedures.

33. Diskettes.

34. Employment agreements.

35. Employees home computers.

36. Employees home computer IP#, Mac address.

37. Hardware.

38. How data is stored.

39. How data is used.

40. Historical information.

41. Image copies of: target drives, employees home computer drives.

42. Removable media, portable computers, palm top devices, note book computers, zip drives, cd-roms.

43. Security policy.

44. Service agreements.

45. Software.

46. Software agreements.

47. Tunnel numbers.

48. How your old computers are disposed of.

49. Programming records. If a customer doesn't upgrade how do the different versions compensate?

50. Clients account holder information provided during registration; name, address, phone number and master screen name.

51. Any and all records that pertain.

52. E-mail records.

53. Accounting records (purchase orders, packing slips, invoices, bank statements, canceled checks, accounts receivable, accounts payable, employee expense records, 1099 information, sales tax reports, inventory records, tax returns).

54. Policy on auditing for hackers. Records for same.

55. Policy on auditing for viruses. Records for same.

56. Your records in regards to complaints from consumers and your records in regards to your efforts to resolve the complaint.

57. You're doing business as (dba) listing and or listings.

58. Your records in regards to your original online ID

59. Your records in regards to your .com, .net, .org, etc, listings. How many ways are you listed online?

60. Why some of your web site(s) appear to be links, no actual web site exists?

61. Discovery to remain open.

62. Provide all information from 1996 forward.

63. Copies must meet the independent verification standard in addition to being tamper proof.

64. For ease of review of the evidence it should be presented in a binder format tabbed and sub-tabbed. (If I have to review it)

65. Provide your insurance information.

66. Provide information in regards to localhost.

**Location of my evidence:**

1. My computer(s) are in North Carolina at 120 Briar Hollow Drive, Jacksonville NC 28540.

2. The documents I printed from my computers are located at: 113 Del Webb Drive, Cloverdale CA. 95425 (I might not be able to afford to bring some of them back with me)

120 Briar Hollow Drive, Jacksonville NC 28540

My family law attorney's office in Santa Rosa CA.

The Court of Appeals in San Francisco CA.

3. The documents the phone company employees left at my home are at my family law attorney's office in Santa Rosa California.

4. The phone boxes are at 113 Del Webb Drive, Cloverdale CA. 95425

5. The computer disc from Cabela's is at the Court of Appeals in San Francisco CA.

6. My evidence is located in **Defendants** records and documents.

7. My evidence is located in the phone company's records, and buildings.

8. America Online has evidence.

9. Juno and or United Online have evidence.

**My position:**

I've been hacked into. I was attached to a VPN without my knowledge I paid for a service via America Online and I don't know what happened to me. If America Online took my money, yet someone else connected me to a VPN and was providing service would that then be fraud? RFC1173 clearly indicates that all my internet service provider(s) had to do was notify me that a problem existed and cancel my service, for some reason that didn't happen? A circumstance must have existed that prevented that and an investigation started of which I became a part of because the evidence in regards to it shows up on my computers. I am injured because of it. I am being used to catch them. I gave my word that I would do just that. Help produce people for them. The companies

involved have an internal problem which is evident in the evidence I've provided. The companies involved are;

1) Negligent.

2) In breach of their contract with IANA and or the agencies that issues the IP blocks. The companies claim that I am not a party to that contract? Once the contract is breached I am, that's how I understand it and I need a ruling on that. My evidence shows breach of contract in the simplest form of the companies name listed in the who is registry for legal purposes. The company's didn't comply with that.

3) The companies faulty servers create a premises liability not only for them but also for me and or others because that allows the hackers access. The Bank of America filed a fictitious deed on our property? I was told that it was placed there to protect me? Protect me from what? All of this.

4) By showing the method and or methods the hackers are using uncovered all of this. It took eight years +/- from my life in order to understand it, research it, and put together how online identity theft happens. If you ask an identity theft victim **how did it happen** to you? You would get an explanation along the lines of I used my credit card online at a web site and then my account was accessed by others. The bank closed the account and issued me another card. **That is only part of HOW IT HAPPENS.** The part that directly affects you that you can grasp and deal with. You go

forward with your life **thinking** that the bank took care of it. The other part of **how it happens** appears on my computers and in the documents I've produced which I could not grasp and deal with until now. The bank and or other companies in fact did not take care of **it.** Identity Theft happens in many different ways, in my case it appears that the Identity theft thieves used my identity online and then split off from me and linked to other web sites. Then they reversed their path that lead back to me, so it appeared that I was doing it even though I wasn't. I saw my name down town on the computers with no case number? Most likely I was going to be arrested because of it. Then I was asked specific questions that I answered honestly and I saw the reaction my answers produced. I helped them figure out what was going on and that it wasn't me. Because I'm organized and my job mirrored my task I became the most likely person to demonstrate the part that's hard to grasp and deal with, in fact how **it's** being done. I was told with out being told that there was a problem in my life. An estimator is typically provided with a set of plans and specifications and if I ran across a problem I reported it to my employer. This time I had to go out and search for the plans and specifications and suddenly I didn't have anyone to report to? Construction defect, Faulty servers, the RFC's and or guide lines for the internet protocol (specifications) are not being followed. Company's doing what ever they want to do instead of what their contract requires them to do. Company's who

contribute to the specifications then ignore them. Breach of contract, Mass Tort, Unfair Business Practice, Product liability, Wrongful Termination, etc. It involves all aspects of the law. New laws need to be implemented for public safety. If I had been arrested because of it would it have been any easier to figure out? **I was placed in harms way** all because the operator couldn't do an emergency break through on my phone line. That was terrifying. I had to live it to understand it. If an unauthorized user accesses your account on a credit card you are not held responsible. You don't have to worry about it because the bank takes care of it for you. You don't have to investigate it or give it another thought because you are held harmless. The bank suffers the financial loss. How much of a financial loss would a bank want to suffer over and over again? For some reason I was held responsible instead of harmless? Is that because it happened over my phone line? Phone fraud is another form of identity theft. I would like this removed from my computer(s) and I would like to gain back my independence. The company's involved have internal problems. Since everyone has been online, this could be class action which further complicates my situation. Technically none of my proofs of services are valid. The legal forms don't apply to me. In addition I present a conflict of interest, if you own stock in any of the companies involved would you protect your own interest or follow the law? In addition I saw some of the law firms who represent these companies listed on

the courts website as board members. How am I to obtain fair and impartial treatment? No specific law and or laws exist in regards to identity theft yet all of the laws pertain to it. The law firms I contacted represent specific parts of the law not all avenues of the law therefore I would need several different law firms to help me with this and that is not feasible. Established standards exist that can be drawn from to demonstrate my injury such as DNA, Contract agreements, Construction Standards plans and specifications. I am injured because of it. I seek justice yet I am continually turned away? It seemed like a huge task that was impossible until I read IANA'S contract agreement then I understood that the huge task of trying to educate myself about the internet didn't matter anymore. Blatant disregard for stockholders, breach of contract, they did this to themselves. They won't admit liability. I have proved liability with my evidence, the companies involved don't want to provide their evidence because it would show liability therefore they would prefer to prolong this and tie me up with further dead lines and court dates. With the courts help I don't need a multitude of law firms. I finally have someone to report to, the Judge. I don't have to be a security measure anymore. I can transfer the responsibility to someone who is responsible. I should be able to gain closure (Bifurcate) and go forward with my life. I already answered the 20 questions in my case management statement. I don't know what the Federal courts

1  will require of the companies involved. Rule 26A. **Discovery**
2  **procedures** lists the word **Repealed** I looked it up in the dictionary
3  and my interpretation is that there are none, hence discovery is to
4  remain open. I don't understand all of my evidence. I don't
5  understand all of the requirements for the rules of court; I hope I
6  
7  did this correctly.
8  DATED: June 11, 2008

*Laurie Marie Laskey*
Laurie Marie Laskey
In Pro Per

## PROOF OF MAILING

Re: Case Number C 08-01333 WHA

Case Title: Laurie Marie Laskey v **RCN Corporation**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I reside in the County of: **Sonoma** and my residence address is113 Del Webb Drive, Cloverdale CA 95425.

On June -11-2008, I served the attached document(s) described as follows:

Rules of court 26 for discovery

On the parties in the above named case. I did this by enclosing true copies of the document(s) in a sealed envelope with postage fully prepaid thereon. I then placed the envelope in a U.S. Postal Service mailbox in **Cloverdale, CA.**

Addressed as follows:

Mintz Levin Cohn Ferris Glovsky & Popeo

1400 Page Mill Road

Palo Alto CA 94304

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **June 11, 2008 at Cloverdale, CA**.

*Marian Laskey*
Marian Laskey