**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-01333 WHA</u>
                <u>C 08-01465 WHA</u>

Title: <u>LAURIE LASKEY</u> v. <u>RCN CORP</u>
         <u>LAURIE LASKEY</u> v. <u>MICROSOFT CORP</u>

Plaintiff Attorneys: Pro per

Defense Attorneys: Warren Rheaume; Leslie Harvey; Robert Taylor

Deputy Clerk:  <u>Dawn Toland</u>              Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26): 6/30/08

Discovery Cutoff: 2/6/09

Designation of Experts: 2/6/09

Last Day to File Dispositive Motion: 3/26/09


Continued to __ for Further Case Management Conference

Continued to  <u>6/1/09 at 2:00pm</u>  for Pretrial Conference

Continued to  <u>6/15/09 at 7:30am</u>  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.  Case is referred to a Magistrate Judge to be assigned for discovery.

Plaintiff's request for expenses such as travel is denied.  Court explained the Pro Bono Project to the plaintiff and directed her to the Clerk's office to get a copy of the Pro Se Litigant Handbook.