Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

FILED
08 JUN 26 PM 12: 43
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Laurie Marie Laskey, IN PRO SE

In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey | ) Case No.: CV-08-01333 WHA ll |
| Plaintiff, | ) Temporary Change of Address |
| vs. | ) Hon. William Alsup Court Room 9 on the 19th floor; |
| RCN Corporation | ) [✓]Original |
| Defendant | ) [  ]Copy |
| | [  ]Chambers Copy |

Temporary Change of Address

Please be advised that I will be staying at Laurie Laskey c/o 113 Del Webb Drive, Cloverdale CA. 95425 until July 15 2008. Please forward my documents to this address until then.

DATED: June 24, 2008

*Laurie Marie Laskey*
Laurie Marie Laskey
In Pro Se

- 1 -
Temporary Change of Address