1  Laurie Marie Laskey
   120 Briar Hollow Drive
2  Jacksonville NC 28540
   910-548-3345
3

4  Laurie Marie Laskey, IN PRO SE

5
                In The United States District Court
6
              For The Northern District Of California
7

8

9  Laurie Marie Laskey              ) Case No.: CV-08-01333 WHA
                                    )
10          Plaintiff,               ) Settlement Conference Schedule
                                    )
11     vs.                           ) Hon Judge Zimmerman
                                    )
12 RCN Corporation                   ) Hon. William Alsup Court Room 9 on
                                    ) the 19th floor;
13          Defendant                )
                                    ) [  ]Original
14
                                      [  ]Copy
15 _____
                                      [  ]Chambers Copy
16                   Settlement Conference Schedule

17 Hon. Alsup has referred my case to Judge Zimmerman, to date I have not

18 received a notice for a settlement conference date. I am having to plan my

19 flights and would like to request the settlement conference date be the

20 same as my other related case Laskey v Microsoft CV-08-01465 because of my

21 fixed income. Could someone please check on this. Thank you for your time

22 and efforts.

23 DATED: July 27, 2008

24

25

26                                            *Laurie Marie Laskey*
                                              Laurie Marie Laskey
27                                            In Pro Se

28

                              - 1 -
                    Settlement Conference Schedule

**RECEIVED** AUG 1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**FILED** AUG 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE

Re:  Case Number CV-08-01333 WHA

Case Title: Laurie Marie Laskey v **RCN Corporation**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of: **Onslow** and my residence address is 120 Briar Hollow Drive, Jacksonville NC 28540.

On  7-28   2008, I served the attached document(s) described as follows:

Settlement Conference Schedule

On the parties in the above named case. I did this by enclosing true copies of the document(s) in a sealed envelope with postage fully prepaid thereon. I then placed the envelope in a U.S. Postal Service mailbox in **Jacksonville, NC.**

Addressed as follows:

Mintz Levin Cohn Ferris Glovsky & Popeo

1400 Page Mill Road

Palo Alto CA 94304

   I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on  7-28   **2008** at **Jacksonville, NC.**

*[signature]*

Gerald Gavin

- 2 -
Settlement Conference Schedule