UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>         Plaintiff(s),<br><br>   v.<br><br>RCN CORPORATION,<br><br>         Defendant(s). | No. C08-1333 WHA (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

    Defendant has filed a motion for administrative relief to stay the settlement conference presently scheduled for October 30, 2008 on the principal grounds that its motion for summary judgment will not be heard before the settlement conference and "there is no possibility of settlement" until the motion is resolved.  Plaintiff has filed no opposition, though the time to do so has passed.  See Civil L.R. 7-11(b).  However, plaintiff has lodged with my chambers a thick binder entitled "Settlement Conference Statement."  It does not comply with the requirements of my settlement conference order and appears to be more in the

1

nature of an opposition to the summary judgment motion.  In any event, the court deduces that plaintiff wishes to proceed with the settlement conference.  Given plaintiff's settlement demand, and defendant's position that there is "no possibility" of settlement until its motion for summary judgment has been resolved, and given the fact that plaintiff is pro se and resides in North Carolina, I find that orderly administration of this case requires that the settlement conference be continued.

**IT IS THEREFORE ORDERED** that the defendant's motion is **GRANTED** to the extent that the settlement conference presently scheduled for October 30, 2008 is **VACATED** and a new settlement conference is scheduled for **January 9, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The previously issued Settlement Conference Order otherwise remains in full force and effect.  If the case survives summary judgment, plaintiff shall file a settlement conference which complies with the Settlement Conference Order.  In particular, plaintiff should describe in plain English what she believes defendant did wrong and how she was damaged.  Plaintiff is reminded that the statement is limited to ten pages with 20 pages of exhibits.  Plaintiff may file an additional 3 page candid evaluation if she wishes.

Dated: October 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

2