IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>RCN CORPORATION, a Delaware Corporation, and DOES 1 through 1000, inclusive,<br><br>    Defendant.<br>                                                                 / | No. C 08-01333 WHA<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff Laurie Marie Laskey, acting pro se, filed this lawsuit in state court. The lawsuit was removed to this Court in March 2008. On October 31, 2008, this Court granted defendant's motion for summary judgment and entered judgment in the case. On November 18, 2008, plaintiff filed a notice of appeal. Plaintiff also filed an application to proceed with the appeal in forma pauperis. Good cause appearing for the application, plaintiff's application to proceed in forma pauperis is hereby **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE